IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NOS. 3:06MJ406-1

RECEIVED
CHARLOTTE, N.C.

APR 1 1 2007

Clerk, U.S. Dist. Court
W. Dist. of N.C.

| | | |
|---|---|---|
| IN RE SEIZURE OF TWO (2) CARAT DIAMOND EAR RING SET | ) ) ) | ORDER TO FILE REDACTED AFFIDAVIT AND TO SEAL UNREDACTED AFFIDAVIT |

On the government's motion to file redacted affidavits and to seal the unredacted affidavits in the above-captioned seizure warrant files, for the reason stated in the government's motion,

IT IS ORDERED that the Clerk shall file the redacted affidavits and seal the unredacted versions of the affidavits until further order of the Court.

April 19, 2007

David C. Keesler
U.S. Magistrate Judge